

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00356-CV

| | | |
|---|---|---|
| ANTHONY JAMES FLOYD, Appellant | § | On Appeal from |
| | § | County Court at Law No. 1 |
| V. | § | of Tarrant County (2019-005816-1) |
| | § | March 11, 2021 |
| GATEWAY MORTGAGE GROUP, Appellee | | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is reversed and the case is remanded to the trial court.

It is further ordered that Appellee Gateway Mortgage Group must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr